___FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 29 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br>HERBERT LEE GAMBLE III<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 2:17-mj-1127-GWF<br>Charging District: District of Arizona<br>Charging District's Case No. CR-17-01413-PHX-SPL |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Sandra Day O'Connor U.S. Courthouse<br>401 W. Washington Street, Phoenix, AZ 85003<br>Before the Honorable Bridget S Bade, U.S. Magistrate Judge | Courtroom: | 304 |
|---|---|---|---|
| | | Date/Time: | Dec. 21, 2017 at 3:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Nov. 29, 2017

_____
*Judge's signature*

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*